## Commonwealth *v.* Bailey, Appellant.

Argued June 13, 1968. *Stanley W. Bluestine,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.